PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

---

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) <br> ) <br> vs. ) <br> ) <br> **MICHAEL JESS MESSER** ) <br> ) | **Docket Number: 2:03CR00516-01** |

On February 22, 2005, the above-named was placed on Supervised Release for a period of five years. Michael Jess Messer has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Lori L. Koehnen

**LORI L. KOEHNEN
Senior United States Probation Officer**

Dated:   April 27, 2012
         Sacramento, California
         TMO:jc


**REVIEWED BY:**   /s/ Glenn P. Simon
         For   **KYRIACOS M. SIMONIDIS
         Supervising United States Probation Officer**

## ORDER OF COURT

It is ordered that the supervised releasee be discharged from supervised release, and that the proceedings in the case be terminated.

May 21, 2012
**Date**                                                    UNITED STATES DISTRICT JUDGE

TMO:jc
Attachment:   Recommendation
cc:     United States Attorney's Office

# RECOMMENDATION TERMINATING
# SUPERVISED RELEASE PRIOR TO EXPIRATION DATE

### UNITED STATES DISTRICT COURT
### FOR THE
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| vs. ) | Docket Number:  2:03CR00516-01 |
| MICHAEL JESS MESSER ) | |

## LEGAL HISTORY:

On February 22, 2005, the above-named was placed on Supervised Release for a period of five years, which commenced on May 24, 2010. Special conditions included: 1) Search; 2) Financial disclosure; 3) Participate in a program of drug abuse; 4) Participate in a program of testing for drug or alcohol use; 5) No pager; 6) No alcohol and alcohol restrictions; 7) Aftercare co-payment for testing and treatment services; 8) Submit to DNA collection; and 9) No firearms. His special assessment of $200 was paid in full while he was in custody.

## SUMMARY OF COMPLIANCE:

Mr. Messer released from federal custody on May 24, 2010, to the Eastern District of Oklahoma. He has remained gainfully employed throughout supervision, and he has become the manager of the O'Reilly Auto Parts store in Checotah, Oklahoma, doing extremely well since his release. There have been no supervision issues, and the probation officer does not anticipate any issues arising.

It is the opinion of the probation officer that Michael Jess Messer has derived maximum benefit from supervision and is not in need of continued supervision.

Re:     Michael Jess MESSER
        Docket Number:   2:03CR00516-01
        **RECOMMENDATION TERMINATING**
        **SUPERVISED RELEASE PRIOR TO EXPIRATION DATE**

**RECOMMENDATION:**

It is, therefore, respectfully recommended that Supervised Release in this case be terminated early.

Respectfully submitted,

/s/ Lori L. Koehnen

**LORI L. KOEHNEN**
**Senior United States Probation Officer**

Dated:   April 27, 2012
         Sacramento, California
         TMO:jc

**REVIEWED BY:**   /s/ Glenn P. Simon
         For   **KYRIACOS M. SIMONIDIS**
               **Supervising United States Probation Officer**

cc:   AUSA TO BE ASSIGNED (Pursuant to Rule 32, notice of proposed relief to the supervisee is being provided. If no objection is received from you within 14 days, the probation officer's Recommendation and Prob35-Order Terminating Supervised Release Prior to Expiration Date, will be submitted to the Court for approval.)